DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN BENNETT,**
Appellant,

v.

**TUNDE BENNETT,**
Appellee.

No. 4D22-1131

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE-13-013816.

Brian Bennett, Deerfield Beach, pro se.

David L. Hirsch of Broward's Hirsch & Associates, P.A., Davie, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***